PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 29, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISAAC JAMES OCEJO, <br><br> Defendant. | CASE NO. 1:24-MJ-00123-SAB <br><br> **ORDER UNSEALING COMPLAINT** |

The United States, having arrested the defendant, Isaac James Ocejo, on an arrest warrant and the need for sealing the complaint has ceased;

IT IS ORDERED that the complaint and arrest warrant shall be unsealed as to defendant Isaac James Ocejo.

Dated: 10/29/24

_____
HON. BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1